# UNITED STATES DISTRICT COURT

### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT IN A CRIMINAL CASE*** |
| v. | CASE NUMBER: 06-7109M |
| CHARLES A. PITTMAN | |

**THE DEFENDANT:** Pleaded guilty to count 1 of the Information.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC § 13 CRS § 42-2-1401 | Reckless Driving | 4/22/06 | 1 |

Defendant to complete a term of six months unsupervised probation, level I alcohol class and 40 hours of community service hours, 2 hours of which with MADD.

***Amended to correct the fine amount.

## MONETARY OBLIGATIONS

All criminal monetary penalty payments are to be made as directed by the court.

| | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $10.00 | $25.00 |

7/5/06
Date of Imposition of Judgment

s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

8/3/06
Date